UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM HERNANDEZ,

                    Plaintiff,

        -against-

DEPARTMENT OF CORRECTIONS NYC;
NEW YORK CITY, ET AL & D.O.C.'S
EMPLOYEES DEPUTY WARDENS COOK
HAMILTON; UNKNOWN MAILROOM
OFFICERS & ETC ET AL; WARDENS
CARTER + RIVERA,

                    Defendants.

24cv7888 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 3, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

  Dated:    January 23, 2026
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge